IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENRIQUE NATAL,
    Petitioner,

v.

COMMONWEALTH OF PENNSYLVANIA,
et al.
    Respondents

No. 15-5103

## ORDER

**AND NOW**, this 15th day of March 2016, upon careful and independent consideration of the pleadings, record and Chief United States Magistrate Judge Linda K. Caracappa's February 24, 2016 extensive Report and Recommendation (ECF Doc. No. 13), the parties deciding not to file objections to the Report and Recommendation and finding Enrique Natal's Petition for a Writ of Habeas Corpus is moot due to his guilty plea or alternatively he did exhaust his appellate rights in the Pennsylvania state courts, it is **ORDERED**:

1. Chief United States Magistrate Judge Caracappa's February 24, 2016 Report and Recommendation (ECF Doc. No. 13) is **APPROVED AND ADOPTED**;

2. Enrique Natal's Petition for Writ of Habeas Corpus (ECF Doc. No. 1) is **DENIED with prejudice**;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **closed**.

KEARNEY, J.